BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-344-LJO-SKO |
| Plaintiff, | |
| v. | **EX PARTE APPLICATION AND ORDER TO UNSEAL INDICTMENT** |
| MIGUEL ANGEL LEONTAPIA; EDUARDO ZAZUETA GARCIA; ARMANDO MENDOZA; GILBERTO CHAVEZ LEON; AND GUILLERMO PAREDES, JR., | |
| Defendants. | |

The United States of America hereby applies for an order unsealing the indictment in the above-captioned case as two of the defendants have been apprehended and will be appearing for arraignment.

                                                           BENJAMIN B. WAGNER
                                                           United States Attorney

DATED: November 1, 2012                   By:    /s/ Yasin Mohammad
                                                                       YASIN MOHAMMAD
                                                                       Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-344-LJO-SKO |
| Plaintiff, | **[PROPOSED] ORDER UNSEALING INDICTMENT** |
| v. | |
| MIGUEL ANGEL LEONTAPIA;<br>EDUARDO ZAZUETA GARCIA;<br>ARMANDO MENDOZA;<br>GILBERTO CHAVEZ LEON; AND<br>GUILLERMO PAREDES, JR., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the indictment in the above-captioned case be UNSEALED.

IT IS SO ORDERED.

Dated: __November 1, 2012__         /s/ Dennis L. Beck
                                                                 UNITED STATES MAGISTRATE JUDGE