IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:12-CR-00344 LJO SKO |
| vs. | ) | SUPERSEDING ORDER OF RELEASE |
| GUILLERMO PAREDES JR., | ) | |
| Defendant. | ) | |

The above named defendant having been released on terms and conditions of pretrial services release,

IT IS HEREBY ORDERED that the defendant shall be released from the Fresno County Jail on April 29, 2013, at 08:00 AM. Upon release, the Defendant shall report immediately to the Pretrial Services Officer in Fresno, California, to establish location monitoring.

DATED: April 26, 2013

/s/ GARY S. AUSTIN
HONORABLE GARY S. AUSTIN
U.S. MAGISTRATE JUDGE

1